IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )         8:11CR421<br>    vs.                       )<br>                              )         **TRIAL ORDER**<br>OMAR CASTANON-RODRIGUEZ,      )<br>                              )<br>            Defendant.        ) | |

On March 13, 2012, defense counsel requested a change of plea and a hearing was set for April 4, 2012. On April 2, 2012, the defendant requested a continuance. The hearing was continued to May 8, 2012. Counsel has now notified the court that the defendant is not ready to enter plea and requests a continuance. The continuance will be denied, the Change of Plea hearing previously scheduled before Magistrate Judge Gossett on May 8, 2012 is cancelled and the case will be scheduled for trial.

   **IT IS ORDERED**:

   1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, June 5, 2012 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

   2. Any motions for a continuance of this trial date shall be electronically filed on or before **May 29, 2012** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

   3. Counsel for the United States shall confer with defense counsel and, no later than **May 25, 2012**, advise the court of the anticipated length of trial.

   **DATED MAY 7, 2012.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**