IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR421 |
| vs. | ORDER FOR DISMISSAL |
| OMAR CASTANON-RODRIGUEZ, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 134) the Petition for Offender Under Supervision (Filing No. 115). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision is dismissed.

2. The remainder of the defendant's supervised release term will remain in effect.

Dated this 20th day of May, 2021.

BY THE COURT:

JOSEPH F. BATAILLON
Senior United States District Judge